IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY O'FLAHERTY,<br><br>Defendant. | 8:15CR33<br><br>MOTION FOR DISMISSAL |

COMES NOW the Plaintiff, United States of America, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully requests leave to dismiss, without prejudice, the Amended Petition for Offender Under Supervision (DOC # 150) filed herein, as it relates to the Defendant, ASHLEY O'FLAHERTY.

          UNITED STATES OF AMERICA
          Plaintiff

          THOMAS J. KANGIOR, #21496
          United States Attorney
          District of Nebraska
          1620 Dodge Street, Suite 1400
          Omaha, Nebraska 68102-1506
          (402) 661-3700

CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                                                        THOMAS J. KANGIOR
                                                        Assistant United States Attorney