# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ASHLEY O'FLAHERTY<br><br>                Defendant. | 8:15CR33<br><br>ORDER |

The Government has filed a Motion for Dismissal [Filing No. 184] of the Amended Petition for Offender Under Supervision [Filing No. 150]. The motion will be granted.

IT IS ORDERED:

1. The Government's Motion for Dismissal [Filing No. 184] is granted; and

2. The Amended Petition for Offender Under Supervision [Filing No. 150], filed herein, is dismissed, without prejudice.

Dated this 22nd day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge